

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

SEP 2 6 2024

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| US<br><br>v.<br><br>Ianis Melegandrouch<br>ANTROPENICO<br><br>PLAINTIFF(S)<br><br>DEFENDANT(S). | CASE NUMBER 8:24-MJ-00463-DUTY<br>3-24CR-402-L<br><br>**AFFIDAVIT RE<br>OUT-OF-DISTRICT WARRANT** |

The above-named defendant was charged by: __Indictment__
in the __Northern__ District of __Texas__ on __9/24/2024__
at __10:00__ ☒ a.m. / ☐ p.m. The offense was allegedly committed on or about _____
in violation of Title __18__ U.S.C., Section(s) __371, 1030 (a)(5)(A)__
to wit: __Title 18  379, 1030__

A warrant for defendant's arrest was issued by: __Northern District of Texas__

Bond of $ _____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

---

I swear that the foregoing is true and correct to the best of my knowledge.

Sworn to before me, and subscribed in my presence on _____, by

_____, Deputy Clerk.

| | |
|---|---|
| ___[signature]___<br>**Signature of Agent** | __Thom VD__<br>**Print Name of Agent** |
| __FBI__<br>**Agency** | __SPECIAL AGENT__<br>**Title** |

CR-52 (05/98)    AFFIDAVIT RE OUT-OF-DISTRICT WARRANT